FILED
CHARLOTTE, NC

OCT 28 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:26-CR-234-MEO |
| | ) | |
| v. | ) | **BILL OF INFORMATION** |
| | ) | |
| EDREAD RAY STANLEY | ) | Violation: 18 U.S.C. § 611 |
| | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(VOTING BY AN ALIEN)**

On or about November 5, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**EDREAD RAY STANLEY,**

an alien, knowing that he was not a United States citizen, did knowingly vote in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

RUSS FERGUSON
UNITED STATES ATTORNEY